CHERYL D. ORR (SBN #143196)
cheryl.orr@dbr.com
S. FEY EPLING (SBN #190025)
fey.epling@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

Attorneys for Defendant
ANDREW CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PREM BHARDWAJ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CORPORATION, a business of unknown form, and DOES 1 through 50 inclusive,<br><br>Defendant. | Case No. C 10-00474 JW<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105-2235. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 2, 2010, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

FILE-ENDORESED NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(B) (FEDERAL QUESTION) OF ANDREW CORPORATION;

WELCOME TO THE U.S.D.C., N.D. OF CA, CLERK'S OFFICE, SAN JOSE DIVISION;

NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES;

CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AND

ECF REGISTRATION INFORMATION HANDOUT.

in a sealed envelope, postage fully paid, addressed as follows:

Anthony Ruggieri, Esq.
Advantage Law Group, APC
5820 Oberlin Drive, Suite 110
San Diego, CA  92121

/ / /

/ / /

/ / /

1  Following ordinary business practices, the envelope was sealed and placed for collection
2  and mailing on this date, and would, in the ordinary course of business, be deposited with the
3  United States Postal Service on this date.

4  I declare that I am employed in the office of a member of the bar of this court at whose
5  direction the service was made.

6  Executed on February 2, 2010, at San Francisco, California.

*/s/ Jessica Cano*
Jessica Cano