UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PREM BHARDWAJ

      Plaintiff(s),

CASE NO. C 10-00474 JW

v.

ANDREW CORPORATION

      Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR *(please identify process and provider)* The parties are jointly pursuing a private mediator with availability in the next 60 to 90 days.

The parties agree to hold the ADR session by:
☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: 5/24/10

Attorney for Plaintiff
Anthony Ruggieri
ADVANTAGE LAW GROUP

Dated: 5/24/10

American LegalNet, Inc.
www.USCourtForms.com

Attorney for Defendant
Cheryl D. Orr
Drinker Biddle & Reath LLP

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: May 28, 2010

_____
UNITED STATES DISTRICT JUDGE
Honorable James Ware

American LegalNet, Inc.
www.USCourtForms.com