1  ANTHONY RUGGIERI ( SBN #195202)
2  PATRICK J.S. NELLIES (SBN#171254)
   JOHN R. GOFFAR (SBN #184988)
3  MARK G. KROOP (SBN #168600)
   ADVANTAGE LAW GROUP, APC
4  5820 Oberlin Drive, Suite 110
   San Diego, CA 92121
5  Telephone: (858) 622-9002
   Facsimile: (858) 622-9540
6
7  Attorneys for Plaintiff
   PREM BHARDWAJ

8  CHERYL D. ORR (SBN #143196)
   cheryl.orr@dbr.com
9  S. FEY EPLING (SBN #190025)
   fey.epling@dbr.com
10 DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
11 San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
12 Facsimile:    (415) 591-7510

13 Attorneys for Defendant
   ANDREW CORPORATION
14

15               UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17

18 PREM BHARDWAJ, an individual,      Case No. C 10-00474 JW

19                Plaintiff,

20   v.                               **STIPULATION AND [PROPOSED]
                                      ORDER FOR DISMISSAL**
21 ANDREW CORPORATION, a business of
   unknown form, and DOES 1 through 50
22 inclusive,
   Defendant.
23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR DISMISSAL
SF01/ 714694.1

CASE NO.  CV10-00474 JW

Plaintiff PREM BHARDWAJ and Defendant ANDREW CORPORATION (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate to the dismissal of this entire action with prejudice.

For the reasons set forth above, the Parties respectfully request the Court to approve this stipulation and to enter an order dismissing this action with prejudice.

Dated: October 22, 2010    ADVANTAGE LAW GROUP

By: */s/ Anthony Ruggieri*
    Anthony Ruggieri

Attorneys for Plaintiff
PREM BHARDWAJ

Dated: October 22, 2010    DRINKER BIDDLE & REATH LLP

By: */s/ Cheryl D. Orr*
    Cheryl D. Orr
    S. Fey Epling

Attorneys for Defendant
ANDREW CORPORATION

Having considered the foregoing Stipulation and finding good cause to grant same, **IT IS SO ORDERED.** The Clerk shall close this file.

Dated: October 26, 2010

*[signature: James Ware]*
THE HONORABLE JAMES WARE
United States District Judge

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR DISMISSAL
SF01/ 714694.1
- 2 -
CASE NO. CV10-00474 JW